**O, JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CHEN SONG,<br><br>      Plaintiff,<br><br>      v.<br><br>ALEJANDRO MAYORKAS, ET AL.,<br><br>      Defendants. | No. 5:22-cv-01707-MEMF (MAAx)<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION [ECF NO. 11]** |

/ / /

/ / /

1

Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application (ECF No. 11) submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that the instant action shall be stayed until August 7, 2023. This stay is subject to the following terms:

1. USCIS agrees to interview Plaintiff on March 23, 2023, at 8:00 a.m.;
2. Defendants agree to diligently work towards completing adjudication within 120 days of Plaintiff's interview date, absent unforeseen or exceptional circumstances that would require additional time to complete adjudication;
3. In the event that adjudication is not completed within 120 days of the interview date, Defendants will provide a status report to the Court;
4. Plaintiff agrees to submit all supplemental documents and evidence, if any, to USCIS seven (7) to ten (10) days prior to the agreed upon scheduled interview. Plaintiff recognizes that failure to submit these documents seven (7) to ten (10) days prior to the interview may result in the interview being rescheduled at no fault of USCIS;
5. Upon receipt of the Los Angeles Asylum Office's decision, Plaintiff agrees to voluntarily dismiss the case; and
6. Each party agrees to bear his, her or its own litigation costs and attorney fees.

Dated: January 9, 2023

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

2